## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**  Viktor V. Pohorelsky       **DATE :** 3/1/10

**DOCKET NUMBER:**  10CR10(ENV)            **LOG #:** 2:36 – 2:38, 3:05 – 3:19

**DEFENDANT'S NAME :** ✓ Anthony Mannone
  ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL :** Mario Malerba
  ___ Federal Defender   ___ CJA   ✓ Retained

**A.U.S.A:** Rachel Nash        **DEPUTY CLERK :** F. Chin

**INTERPRETER :** _____ (Language) _____

__Detention__ Hearing held. _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____ Start_____ Stop _____

____ Order of Speedy Trial entered.   Code Type_____ Start_____ Stop _____

____ Defendant's first appearance.   ___Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 3/4/10 @ 11 AM before Judge Vitaliano

**OTHERS:** Defense counsel presented a bail application; gov't opposed; court denied application. Order of detention entered.